**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**


Esther Harbin,

          Plaintiff,                    Civil 10-873 (RHK/AJB)

vs.                          **DISQUALIFICATION AND**
                              **ORDER FOR REASSIGNMENT**

Wyeth, LLC, et al.,

          Defendants.


       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  March 23, 2010


                          s/Richard H. Kyle
                          RICHARD H. KYLE
                          United States District Judge